**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **BABU KALLUVILAYIL, ID # 584945,**       ) | |
| Petitioner,       ) | |
| vs.       ) | No. 3:13-CV-2438-M |
|       ) | |
| **WILLIAM STEPHENS, Director,**       ) | |
| **Texas Department of Criminal**       ) | |
| **Justice, Correctional Institutions Division,**       ) | |
| Respondent.       ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SO ORDERED this 25th day of September, 2013.**

*[signature]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS